NO. 23-10070-AA

___

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

___

ONEMATA CORPORATION,

*Plaintiff-Appellee*, v.

ASHFAQ RAHMAN and SABIRA AREFIN,

*Defendant-Appellants, v.*

WILLIAM SMITH and ENSCICON ACQUISITIONS II, LLC,

*Third-Party Defendants-Appellants.*

Appeal from the United States District Court
for the Southern District of Florida

No. 1:20-cv-62002-WPD

___

**AREFIN'S NOTICE OF CLARIFICATION/MISSED/CORRECTED
RECORD CITATIONS SUPPORTING HER
CORRECTED REPLY BRIEF AND INITIAL BRIEF**

___

**HARRY WINDERMAN, ESQ.**
**ONE BOCA PLACE, SUITE 205E**
**2255 GLADES ROAD**
**BOCA RATON, FLORIDA 33431**
**(561) 901-5110**
**Harry4334@hotmail.com**
*Attorneys for Appellant*
*Sabira Arefin*

No. 23-10070-A

ONEMATA CORPORATION v. ASHFAQ RAHMAN ET AL.

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Undersigned counsel certifies that the following persons may have an interest in the outcome of this case:

**A.  Certificate of Interested Persons (CIP)**

- Arefin, Sabira
- Betesh, Gal
- Dimitrouleas, William
- Enscicon Acquisition, LLC
- Enscicon Acquisition II, LLC
- Enscicon Corporation
- Leffert, Anthony
- LocalBlox, Inc.
- Lowell, Karen
- Mavrick, Peter T.
- Minerley, Fein, P.A.
- Minerley, Kenneth
- Onemata Corporation
- Pence-Aviles, James
- Peter T. Mavrick, P.A.
- Arefin, Ashfaq
- Robinson Waters & O'Dorsio, P.C.

- Resnick, Jacob M.
- Snow, Lurana S.
- William, Smith
- Winderman, Harry

No publicly traded company or corporation has an interest in the outcome of this appeal.

### B. Corporate Disclosure Statement:

Nothing to declare.

## AREFIN'S NOTICE OF CLARIFICATION/MISSED/CORRECTED RECORD CITATIONS SUPPORTING HER CORRECTED REPLY BRIEF AND INITIAL BRIEF

Sabira Arefin provides notice to all parties and the Court that she mistakenly cited some wrong docket entry and missed some references and clarification text and clerical errors in her Final Corrected Appellate Reply Brief (DE App 73) and a reference in her Initial Appeal Brief (DE App 44). These are provided below for reference to help the Court.

**Clarification**

**D.E App 44 is Arefin's Initial Brief**

**D.E App 73 is Arefin's Corrected Final Reply Brief**

a) **Clarification / Missed Citations / Corrections wrt Arefin's Corrected Reply Brief D.E App 73**

1) For 'Table of Authorities', 'Statutes' and 'Rules'

Arefin adopts Rahman's Reply Brief D.E App 71 page numbers on Page 9 – 14

2) Corrected Citation in Arefin's Reply Brief D.E. App 73 Page 24

"joint proposed jury instruction D.E. 385 at p 32 instruction 23:

should be replaced by

"joint proposed jury instruction D.E. 355 and 382-2 at p 32 instruction 23"

3) Arefin's Reply Brief App 73 Page 25

"joint proposed jury instruction D.E 385 at p 44 instruction number 32"should be replaced by

"joint proposed jury instruction D.E 355 and 382-2 at p 44 instruction number 32"

Replace "but was ignored in the final Jury instruction." with "but was ignored"

Corrected text "and D.E 369 Page 22 indeed contained mitigation of damages jury instruction but Jury did not apply the instruction" and 'Waiver defense directly relates to Ratification'.

4) Page 18 on PDF page number and Page4 of brief page number

"port trial motion"     replaced by "post trial motion"

5) Page 4 of brief Page18 going by pdf page number

"any fact witness from Onemata" replaced by "any other fact witness"

6) Brief page number 10 Pdf page number 24

'Onemata's only asset' replaced by "Enscicon Acquistion's only asset"

7) Pdf page number 34 Bief Page number 20

Replace "show a $300,000 profit than a $3000,000 with corrections"

With "show a $300,000 profit than a $3000,000 loss with corrections"

8) p 16 brief, page 30 on PDF

"how those damages were calculated because they do not know what conduct gave rise to the damages." replaced with

"how those damages were calculated because they do not know what conduct gave rise to the damages. D.E. 387 P 145:20- 146:2"

9) pdf page 33 brief 19

"Onemata never presented any evidence regarding the value of LocalBlox outside Seigneur."

replaced with

"Onemata never presented any evidence regarding the value of LocalBlox outside Seigneur.

See also D.E. 387 at P 60:20-23 and D.E 387 at p 62:11-23 amd also 384 at p 18:8-14"

10) Page 17 of PDF, Page 3 of Arefin's Appellate Argument Page Number

'B. Tortious Interference Issue' should read

'B. Tortious Interference with TrueInfluence Contract pleading / Issue'


11) "Arefin's issue preservation on the $255,000 withdrawal was clearly addressed at

D.E. 386 at p 34:4-15" replaced by

"Arefin's issue preservation on the $255,000 withdrawal was clearly addressed at

D.E. 386 at p 34:4-15 and D.E 429 P 13"

12) D.E App 73 Page 4

JMOL :

"Renewed Motion for Judgment as a Matter of Law, Motion for New Trial, Motion to Amend Final Judgment, and Motion for Remittitur filed at D.E. 393."

should be replaced by

"Renewed Motion for Judgment as a Matter of Law, Motion for New Trial, Motion to Amend Final Judgment, and Motion for Remittitur filed at D.E. 393, D.E. 394, D.E. 428, D.E. 429."

13) Arefin and Rahman further provide a reference to a correction to a citation made in their JNOV motion D.E. 393 at the trial court. Please reference D.E. 424 for these citation corrections made in the past.

14) D.E. 373-2 P3 P 30 Section11.2(f) missing citation for reference to be added on Page 37 of PDF and Page 23 of Argument Brief.

15) Page 41 of Pdf / Page 27 of Argument Brief added at the end
Smith testified Onemata had not been able to open the vendor contract link during due diligence. D.E.380 p 56:24 to 57:7. Brad Brown's deposition contradicts this testimony. See D.E.383 p175:10 – 176:10. See also D.E 382 at p 113:19 – 114:23, 117:5 – 118:2

16) Page 20 on argument page number and page 34 on pdf page number. Citations at the end
of Section G to add : See Also D.E 385 p 29:15 – 30:11, D.E 383 p 177:6-16, 177:7-178:9 and 205:24-206:9, D.E 385 p 69:1 – 70:7, D.E 385 p 37:22-24.

b) **Correction / Clarification wrt Citations in D.E App 44 Arefin's Initial Brief**

18) Arefin's Page 43 of Pdf page and Page 30 of Argument page

Reference : Strider contract does not even reference the API service Brown explained which indicates the API is not even a part of any service delivered to Strider by LocalBlox. See generally D.E.375-25.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I served a copy of the foregoing upon counsel for Onemata Corporation, William Smith, and Enscicon Acquisitions II, LLC, and Sabira Arefin by filing the foregoing document via the Court's CM/ECF system. As a result, the foregoing document was electronically transmitted to Anthony Leffert, Kenneth Minerley, and Peter Maverick. I also certify that four

copies of the foregoing document were contemporaneously mailed to the Clerk of Court, United States Court of Appeals for the Eleventh Circuit at 56 Forsyth Street N.W. Atlanta GA, 30303 pursuant to Eleventh Circuit Local Rule 31-3.

By: /s/ Harry Winderman
**HARRY WINDERMAN, ESQ.**
**ONE BOCA PLACE, SUITE 205E**
**2255 GLADES ROAD**
**BOCA RATON, FLORIDA 33431**
**(561) 901-5110**
**Harry4334@hotmail.com**
*Attorneys for Appellant*
*Sabira Arefin*
