No. 23-10070-A

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ONEMATA CORPORATION,

*Plaintiff-Appellee*, v.

ASHFAQ RAHMAN and SABIRA AREFIN,

*Defendant-Appellants, v,*

WILLIAM SMITH and ENSCICON ACQUISITIONS II, LLC,

*Third-Party Defendants-Appellants.*

Appeal from the United States District Court
for the Southern District of Florida

No. 1:20-cv-62002-WPD

**APPELLANT ASHFAQ RAHMAN'S NOTICE OF ERRATA IN INITIAL BRIEF**

Mavrick Law Firm
1620 West Oakland Park Boulevard,
Suite 300
Fort Lauderdale, Florida 33311
(954) 564-2246
*Attorneys for Appellant*
Ashfaq Rahman

No. 23-10070-A
ONEMATA CORPORATION v. ASHFAQ RAHMAN ET AL.

**Certificate of Interested Persons and
Corporate Disclosure Statement**

Undersigned counsel certifies that the following persons may have an interest in the outcome of this case:

**A.   Certificate of Interested Persons (CIP)**

- Arefin, Sabira
- Betesh, Gal
- Dimitrouleas, William
- Enscicon Acquisition, LLC
- Enscicon Acquisition II, LLC
- Enscicon Corporation
- Leffert, Anthony
- LocalBlox, Inc.
- Lowell, Karen
- Mavrick, Peter T.
- Minerly, Fein, P.A.
- Minerly, Kenneth
- Onemata Corporation
- Pence-Aviles, James
- Peter T. Mavrick, P.A.
- Rahman, Ashfaq
- Robinson Waters & O'Dorsio, P.C.

2

- Resnick, Jacob M.
- William, Smith
- Winderman, Harry

No publicly traded company or corporation has an interest in the outcome of this appeal.

**B.** **Corporate Disclosure Statement**:

Nothing to declare.

Undersigned counsel representing Appellant Ashfaq Rahman hereby corrects, and apologizes for, the misspelling of the word "erred," which was instead written as "errored" in the Initial Brief. Appellant respectfully requests that the word "errored" be replaced with "erred" on the following pages of the Initial Brief:

- D.E. 43 at p. 7
- D.E. 43 at p. 17
- D.E. 43 at p. 32
- D.E. 43 at p. 36
- D.E. 43 at p. 38
- D.E. 43 at p. 42

# **CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts exempted, this document contains 58 words (no more than 5,200 words).

This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

This document compiles with the paper sizes, line spacing, and margin requirements of Federal Rule of Appellate Procedure 27(d)(1)(D) because this document is on an 8 ½ by 11-inch paper, the text is double-spaced, and the margins are one inch on all four sides.

By: */s/ Jacob M. Resnick*
      Jacob M. Resnick

Respectfully submitted,

Mavrick Law Firm
1620 West Oakland Park Boulevard, Suite 300
Fort Lauderdale, Florida 33311
(954) 564-2246
*Attorneys for Appellant*
*Ashfaq Rahman*

By: */s/ Jacob M. Resnick*
Peter T. Mavrick
Florida Bar No.: 0083739
Jacob M. Resnick
Florida Bar No.: 85314

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I served a copy of the foregoing upon counsel for Onemata Corporation, William Smith, and Enscicon Acquisitions II, LLC, and Sabira Arefin by filing the foregoing document via the Court's CM/ECF system. As a result, the foregoing document was electronically transmitted to Anthony Leffert, Kenneth Minerly, and Harry Winderman.

By: */s/ Jacob M. Resnick*
Jacob M. Resnick
Florida Bar No.: 85314